```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :   11 CR 435 (VM)
     - against -                    :
                                    :   **ORDER**
                                    :
JOSE LOUIS MATA,                    :
                                    :
Defendant.                          :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

In light of the November 17, 2021 order by the United States Court of Appeals for the Second Circuit, (see Dkt. No. 76 ("Remand Order")), which vacated the Court's July 2, 2020 order denying compassionate relief and remanded the matter for further proceedings, the Court hereby orders the parties to respond to the Remand Order within 30 days.

**SO ORDERED.**

Date: November 19, 2021

New York, New York

Victor Marrero
U.S.D.J.

1