USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA           :
                                   :    11 CR 435 (VM)
     - against -                   :
                                   :    ORDER
JOSE LOUIS MATA,                   :
                                   :
               Defendant.          :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In light of this Court's November 19, 2021 order (<u>see</u> Dkt. No. 77), the government is directed to respond to defendant's motion (<u>see</u> Dkt. No. 78) by January 12, 2022.

**SO ORDERED.**

Date:  December 23, 2021
       New York, New York

_____
Victor Marrero
U.S.D.J.

1