```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
UNITED STATES OF AMERICA            :
                                    :    11 Cr. 0435 (VM)
                                    :
     - against -                    :    ORDER
                                    :
                                    :
JOSE LUIS MATA,                     :
                                    :
           Defendant.               :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

    The Government is hereby directed to respond to the matters set forth by Defendant Mata at Dkt. No. 90 no later than sixty (60) days from the date of this Order.

    The Clerk of Court is hereby directed to mail a copy of this Order to Defendant Mata.

**SO ORDERED.**

Dated:    New York, New York
           September 16, 2024

                                                Victor Marrero
                                                  U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/24