USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

           - against -

JOSE LUIS MATA,

           Defendant.

**11 CR 435 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    In light of Defendant's September 29, 2025, letter (see Dkt. No. 109), it is hereby **ORDERED** that the Clerk of the Court send a copy of the Decision and Order (see Dkt. No. 97) issued in this matter on December 23, 2024, by certified mail to Unit Manager Dodrill, C/O Warden R. Brown, FCI Gilmer, Federal Correctional Institution, P.O. Box 5000, Glenville, West Virginia, 26351.

**SO ORDERED.**

Dated:    24 October 2025
           New York, New York

                                              Victor Marrero
                                              U.S.D.J.